# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | |
|---|---|
| IN RE: | * CASE NO. 18-70708-jrs |
| | * |
| Jackie Necole King | * CHAPTER 13 |
| AKA Jackie N King | * |
| | * |
| Debtor. | * |

## MOTION TO EXCUSE DEFAULT IN PAYMENTS TO CHAPTER 13 TRUSTEE

**COMES NOW** Debtor, and through counsel, files this *Motion to Excuse Default in Payments to Chapter 13 Trustee*, showing to this Honorable Court the following:

1.

Debtor filed a Petition constituting an Order For Relief under Title 11 U.S.C. Chapter 13 on December 10, 2018.

2.

Debtor's Chapter 13 Plan was confirmed on April 23, 2019.

3.

Debtor's plan calls for payments to the Trustee of $630.00 per month.

4.

Debtor has defaulted in the payments under the confirmed plan.

5.

Debtor is hospitalized awaiting a lung transplant.

6.

Debtor respectfully requests that the Court excuse the default in plan payments for the months of August, September, October and November 2020, inclusive. Debtor shall resume making the plan payments in December 2020, at which time Debtor shall modify the plan and schedules to cure any term problem that might exist.

**WHEREFORE**, Debtor prays that this *Motion to Excuse Default in Payments to Chapter 13 Trustee* be granted.

        Respectfully submitted,

/s/ _____
Christopher J. Kiefer, GA Bar No. 417247
Attorney for Debtors

Clark & Washington, PC
3300 Northeast Expressway
Building 3
Atlanta  GA  30341
Phone: 404-522-2222
Fax:  770-220-0685
Email:  ecfnotices@cw13.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | * CASE NO. 18-70708-jrs |
| | * |
| Jackie Necole King | * CHAPTER 13 |
| AKA Jackie N King | * |
| | * |
| Debtor. | * |

**NOTICE OF HEARING ON MOTION TO**
**EXCUSE DEFAULT IN PAYMENTS TO CHAPTER 13 TRUSTEE**

**PLEASE TAKE NOTICE** that Debtor filed a *Motion to Excuse Default in Payments to Chapter 13 Trustee* seeking to have a default in Debtor's plan payments excused**.**

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the matter in Courtroom 1404 of the US Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303, at 9:40AM, on September 8, 2020.

**"Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone."**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including

addresses) you served the response.  Mail or deliver your response so that it is received by the

Clerk at least two business days before the hearing.  The address of the Clerk's Office is Clerk, U.

S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303.  You must also

mail a copy of your response to the undersigned at the address stated below.

                                  Respectfully submitted,

                                  /s/_____
                                Christopher J. Kiefer, GA Bar No. 417247
                                Attorney for Debtors

Clark & Washington, PC
3300 Northeast Expressway
Building 3
Atlanta  GA   30341
Phone: 404-522-2222
Fax:  770-220-0685
Email:  ecfnotices@cw13.com

## **CERTIFICATE OF SERVICE**

I certify that I served Debtor with a true and correct copy of the within the and foregoing *Motion to Excuse Default in Payments to Chapter 13 Trustee* and *Notice of Hearing on Motion to Excuse Default in Payments to Chapter 13 Trustee* by placing the same in the United States Mail with adequate postage affixed to ensure delivery and addressed as follows:

Jackie Necole King
100 Marshall St
Leighton  AL   35646

And, in the same manner, I served the parties listed in the attached matrix at the addresses indicated therein.

I further certify that Nancy J Whaley, the Standing Chapter 13 Trustee, was served via the CM/ECF electronic mail/noticing system.

DATE: 8/5/2020
/s/
Christopher J. Kiefer, GA Bar No. 417247
Attorney for Debtors

Clark & Washington, PC
3300 Northeast Expressway
Building 3
Atlanta  GA   30341
Phone: 404-522-2222
Fax:  770-220-0685
Email:  ecfnotices@cw13.com

```
Label Matrix for local noticing          Aaron's, Inc                              Academic Loan Group/gl
113E-1                                   Reg. Agent: Corporation Service Company   Po Box 7860
Case 18-70708-jrs                        40 Technlogy Pkwy S                       Madison, WI 53707-7860
Northern District of Georgia             Suite 300
Atlanta                                  Norcross, GA 30092-2924
Wed Aug  5 11:59:06 EDT 2020

Acima Credit Fka Simple Finance          (p)ASCENDIUM EDUCATION SOLUTIONS INC      Atlanta Gastroenterology
9815 Monroe Street                       2501 INTERNATIONAL LANE                   P.O. Box 935657
4th Floor                                MADISON WI 53704-3180                     Atlanta, GA 31193-5657
Sandy, UT 84070-4384


Atlas Acquisitions LLC                   Bridgecrest                               Bridgecrest Credit Company, LLC
294 Union St.                            P.O. Box  53087                           PO BOX 29018
Hackensack, NJ 07601-4303                Phoenix, AZ 85072-3087                    PHOENIX, AZ 85038-9018



Bridgecrest Credit Company, LLC          Capital One Auto Finance                  Capital One Auto Finance
Reg. Agent: Corporation Service Company  4515 N Santa Fe Ave. Dept. APS            Attn: Bankruptcy
40 Technology Parkway South              Oklahoma City, OK 73118-7901              Po Box 30285
Suite 300                                                                          Salt Lake City, UT 84130-0285
Norcross, GA 30092-2924

Capital One Auto Finance, a division of Capi   E. L. Clark                         DT Credit Company, LLC
4515 N Santa Fe Ave. Dept. APS           Clark & Washington, LLC                   Attn: Bankruptcy
Oklahoma City, OK 73118-7901             Bldg. 3                                   Po Box 29018
                                         3300 Northeast Expwy.                     Phoenix, AZ 85038-9018
                                         Atlanta, GA 30341-3932

Dept of Ed / Navient                     Extension Express, Inc                    First Premier Bank
Attn: Claims Dept                        PO Box 329                                Po Box 5524
Po Box 9635                              Tucker, GA 30085-0329                     Sioux Falls, SD 57117-5524
Wilkes Barr, PA 18773-9635


(p)GEORGIA DEPARTMENT OF REVENUE         HCS Health Care Solutions                 IRS
COMPLIANCE DIVISION                      PO Box 105760                             401 W. Peachtree St., NW
ARCS BANKRUPTCY                          Atlanta, GA 30348-5760                    Stop #334-D
1800 CENTURY BLVD NE SUITE 9100                                                    Room 400
ATLANTA GA 30345-3202                                                              Atlanta, GA 30308

(p)JEFFERSON CAPITAL SYSTEMS LLC         Jackie Necole King                        Medical Data Systems (MDS)
PO BOX 7999                              100 Marshall St                           Attn: Bankruptcy Dept
SAINT CLOUD MN 56302-7999                Leighton, AL 35646-4242                   2001 9th Ave Ste 312
                                                                                   Vero Beach, FL 32960-6413



Navient                                  Navient Solutions, LLC                    Navient Solutions, LLC. on behalf of
Attn: Bankruptcy                         PO Box 9635                               Department of Education Loan Services
Po Box 9500                              Wilkes-Barre, PA 18773-9635               PO BOX 9635
Wilkes-Barre, PA 18773-9500                                                        Wilkes-Barre, PA 18773-9635


Nelnet obo Ascendium Education Solutions PRA Receivables Management, LLC           Peachtree Immediate Care
Ascendium Education Solutions            PO Box 41021                              1275 Highway 54 W
PO Box 8961                              Norfolk, VA 23541-1021                    Suite 201
Madison WI 53708-8961                                                              Fayetteville, GA 30214-4538
```

| | | |
|---|---|---|
| Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Security Check<br>Attn: Bankruptcy Dept<br>2612 Jackson Ave W<br>Oxford, MS 38655-5405 | Social Security Administration<br>1500 Woodlawn Drive<br>Baltimore, MD 21241-1500 |
| Social Security Administration/New York<br>Office Of  Regional Commissioner<br>26 Federal Plaza   Rm 40-120<br>New York, NY 10278-0004 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 |
| Wakefield & Associates<br>Attn: Bankruptcy<br>Po Box 441590<br>Aurora, CO 80044-1590 | Nancy J. Whaley<br>Nancy J. Whaley, Standing Ch. 13 Trustee<br>303 Peachtree Center Avenue<br>Suite 120, Suntrust Garden Plaza<br>Atlanta, GA 30303-1216 | Wilkes Finance Compa<br>4180 Marietta St<br>Powder Springs, GA 30127-4801 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ascendium Education Solutions, Inc<br>PO Box 8961<br>Madison WI 53708-8961 | Georgia Department of Revenue<br>Accounts Receivable Collection Section<br>1800 Century Blvd. NE<br>Suite 9100<br>Atlanta, GA 30345 | Jefferson Capital Systems LLC<br>PO Box 7999<br>St. Cloud, MN 56302-9617 |
| (d)Jefferson Capital Systems LLC<br>PO Box 7999<br>Saint Cloud MN 56302-9617 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients    38<br>Bypassed recipients     1<br>Total                  39 |